# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONTRERAS,<br>Plaintiff,<br>v.<br>THE GEO GROUP, INC., et al.,<br>Defendants. | Case No. 1:26-cv-06226-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF DEFENDANT GARY SEWELL |

On June 25, 2025, Plaintiff commenced this action in California Superior Court, Tulare County, against Defendant The GEO Group, Inc. ("GEO") and Gary Sewell. (ECF No. 1, p. 6.) On August 5, 2026, GEO removed this action to this Court and indicated that Gary Sewell has not yet been served. (Id.) Also of note, on August 19, 2026, GEO filed a motion to compel arbitration, which is set for hearing on November 18, 2026. (ECF No. 4.)

Now that this matter has been removed to federal court, the Federal Rules of Civil Procedure apply. Pursuant to Rule 4(m),

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

According to GEO's notice of removal, it has been over one year and two months since

Plaintiff filed this case and service has still not been effectuated on Gary Sewell. Thus, the Court will direct Plaintiff to file a status report on the service of Gary Sewell, as well as direct Plaintiff to move to an extension of service under Rule 4(m) if necessary. Should Plaintiff fail to respond to this order or fail to provide good cause, the Court will consider reassigning this matter and recommending dismissal of Gary Sewell for failure to timely effectuate service.

Accordingly, the Court hereby ORDERS that Plaintiff shall file a status report no later than **September 2, 2026**, regarding the service of Gary Sewell. If necessary, Plaintiff may concurrently move for an extension of time in which to complete service, pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated: **August 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge