# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONTRERAS,<br>Plaintiff,<br>v.<br>THE GEO GROUP, INC., et al.,<br>Defendants. | Case No. 1:26-cv-06226-SAB<br><br>ORDER VACATING NOVEMBER 18, 2026 HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION |

On August 19, 2026, Defendants filed a motion to compel arbitration, with a hearing set for November 18, 2026. (ECF Nos. 4.) Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion was due on September 2, 2026. L.R. 230(c). To date, Plaintiff has not filed an opposition. The Local Rules provide that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. Id. Upon review of the motion to compel arbitration, the Court takes this matter under submission and will issue its determination on the papers in due course.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the hearing set for November 18, 2026, is VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **September 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge