# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONTRERAS,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEO GROUP, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-06226-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT GARY SEWELL<br><br>(ECF No. 6) |

On August 27, 2026, the Court directed Plaintiff to provide a status report regarding the service on defendant Gary Sewell. (ECF No. 5.) In particular, the Court noted that Defendant The GEO Group, Inc., had proffered in its notice of removal that it has been over one year and two months since Plaintiff filed this matter, originally in state court, but service had not yet been effectuated on Gary Sewell. The Court also observed that Federal Rule of Civil Procedure 4(m), which now applies, requires service on a defendant within 90 days of the filing of the complaint. On September 2, 2026, Plaintiff timely filed a status report and stated that “he will not purse claims against the individual named defendant, Gary Sewell.” (ECF No. 6, p. 2.)

/ / /

/ / /

/ / /

/ / /

In light of the foregoing, the Court DIRECTS Plaintiff to file a notice of voluntary dismissal as to defendant Gary Sewell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: **September 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge