# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONTRERAS,<br>Plaintiff,<br>v.<br>THE GEO GROUP, INC.,<br>Defendant. | Case No. 1:26-cv-06226-SAB<br><br>ORDER REGARDING STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION<br><br>(ECF No. 11) |

Before the Court is a stipulation filed by the parties regarding arbitration and staying this matter. For good cause shown, the Court approves the stipulation and ORDERS that:

1. Pursuant to the parties' mutual agreement and the Arbitration Agreement, all claims in this action are subject to the Arbitration Agreement, and the parties are ordered to binding arbitration in accordance with the terms of the Arbitration Agreement;
2. This action is STAYED pending the outcome of arbitration; all dates and matters are therefore VACATED;
3. This Court shall retain such jurisdiction as necessary to facilitate the arbitration proceedings and/or to confirm completion of said arbitration; and

/ / /

/ / /

4. In 180 days from the entry of this order, the parties are DIRECTED to file a status report regarding the status of the arbitration. Based on this submission the Court will consider whether to impose a recurring status report schedule.

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge